HERBERT E. MEYER, as a Policyholder and in Behalf of All Other Policyholders Similarly Situated Who Shall Choose to Become Parties to this Action, v. WILLIAM ROBERTS and Others.— Motion for a reargument denied, with ten dollars costs. Present — Martin, P. J., Merrell, O'Malley, Townley and Glennon, JJ.

HERBERT E. MEYER, as a Policyholder, etc., v. WILLIAM ROBERTS and Others. — Motion for leave to appeal to the Court of Appeals and for a stay denied, with ten dollars costs. Present — Martin, P. J., Merrell, O'Malley, Townley and Glennon, JJ.

MASON BRAYMAN STARRING, JR., and Others v. HAMILTON GAS COMPANY and Others.— Motion for a reargument denied, with ten dollars costs. Present — Townley, Merrell, Glennon and Untermyer, JJ.

MARTIN C. ANSORGE v. ALBERT P. ARMOUR.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Merrell, O'Malley, Townley and Untermyer, JJ.

GEORGE F. GOURLEY v. DANIEL G. ADAMS and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument, or for leave to appeal from part of order, denied, with ten dollars costs. Present — Townley, Merrell, Glennon and Untermyer, JJ.

STREET & SMITH PUBLICATIONS, INC., v. ALL-AMERICA PERIODICALS, INC.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Merrell, O'Malley, Townley and Untermyer, JJ.

PHILIP B. FREEMAN, in Behalf of Himself and All Stockholders of THE WHITE MOTOR COMPANY Who Shall Join in this Action and Contribute to the Costs Thereof, v. ASHTON G. BEAN and Others, Impleaded with THE WHITE MOTOR COMPANY.— Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Present — Martin, P. J., Merrell, O'Malley and Untermyer, JJ. [See ante, p. 503.]

In the Matter of Proving the Last Will and Testament of FREDERICK W. MARTIN, Deceased, as a Will of Real and Personal Property.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Townley, Merrell, Glennon and Untermyer, JJ.

BANK OF MANHATTAN TRUST COMPANY v. MORRIS OSINOFF and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Townley, Merrell, Glennon and Untermyer, JJ.

CHAUNCEY M. MAYERS v. GEORGE S. VAN SCHAICK, as Superintendent of Insurance of the State of New York, as Rehabilitator of LAWYERS TITLE AND GUARANTY COMPANY.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Merrell, O'Malley, Glennon and Untermyer, JJ.

THE SALVATION ARMY v. CHARLES S. SIMPSON, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Merrell, O'Malley, Glennon and Untermyer, JJ.